[No. 2390–2.   Division Two.   July 13, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY
RICHARD BATH, *Appellant.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 4019, Gerald B. Chamberlin, J.,

1004

entered February 23, 1976. *Affirmed* by unpublished per curiam opinion.